IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN HARGROVE, <br> TDCJ #849892, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § | CIVIL ACTION NO. H-06-0387 |
| DOUG DRETKE, *et al.*, | § <br> § <br> § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **February 10, 2006.**

Nancy F. Atlas
United States District Judge

060210.1215